**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

**LINFO IP, LLC,**
                    ***Plaintiff,***

**v.**                                                          **MO:25-CV-00244-DC**

**GOSSAMER GEAR INC.,**
                    ***Defendant.***

## ORDER

Before the Court is United States Magistrate Judge Derek T. Gilliland's Report and Recommendation (Doc. 17) concerning Defendant Gossamer Gear, Inc.'s renewed motion to dismiss for ineligibility under 35 U.S.C. § 101 (Doc. 15). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on April 10, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because objections were filed, the Court conducts *de novo* review for those objected-to portions.

Having conducted that review, the Court finds no error and thus **ADOPTS** the Magistrate Judge's R&R. For that reason, the pending motion is **DENIED**.

It is so **ORDERED**.

SIGNED this 21st day of May 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE